**Tim D. Wackerbarth**, admitted *pro hac vice*
wackerbartht@lanepowell.com
**Andrew G. Yates**, admitted *pro hac vice*
yatesa@lanepowell.com
**Julie M. Engbloom**, OSB No. 066988
engbloomj@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2183
Facsimile: 503.778.2200

Attorneys for Defendant Portland Terminal Railroad Co.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NEIL WALLACE,** | Case No. 3:16-cv-01458-YY |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY** |
| **PORTLAND TERMINAL RAILROAD CO., UNION PACIFIC RAILROAD CO., and BNSF RAILWAY CO.,** | |
| Defendants. | |

IT IS STIPULATED:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), plaintiff Neil Wallace and defendants Portland Terminal Railroad Company, Union Pacific Railroad Company, and BNSF Railway Company, through their undersigned counsel, hereby stipulate to the dismissal of the above case with prejudice and without costs or attorney fees to any party.

PAGE 1 -   STIPULATED JUDGMENT OF DISMISSAL

DATED this 7th day of April 2017.

| | |
|---|---|
| BRENEMAN GRUBE OREHOSKI, PLLC | NICHOLAS KASTER, PLLC |
| By: /s/ *Joseph A. Grube*<br>Joseph A. Grube, OSB No. 096297<br>joe@bgotrial.com<br><br>Attorneys for Plaintiff Neil Wallace | By: /s/ *Nicholas N. Thompson*<br>Matthew H. Morgan, *Admitted Pro Hac Vice*<br>morgan@nka.com<br>Nicholas D. Thompson, *Admitted Pro Hac Vice*<br>nthompson@nka.com<br><br>Attorneys for Plaintiff Neil Wallace |
| LANE POWELL, PC | SCHWABE WILLIAMSON & WYATT, PC |
| By: /s/ *Andrew G. Yates*<br>Julie M. Engbloom, OSB No. 066988<br>engbloomj@lanepowell.com<br>Timothy D. Wackerbarth, *Admitted Pro Hac Vice*<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, *Admitted Pro Hac Vice*<br>yatesa@lanepowell.com<br><br>Attorneys for Defendant Portland Terminal Railroad Co. | By: /s/ *Aukjen Ingraham*<br>Aukjen Ingraham, OSB No. 023338<br>aingraham@schwabe.com<br>Stephanie Holmberg, OSB No. 082925<br>sholmberg@schwabe.com<br><br>Attorneys for Defendant BNSF Railway Co. |

COSGRAVE VERGEER KESTER LLP

By: /s/ *Timothy J. Coleman*
Timothy J. Coleman, OSB No. 841970
tcoleman@cosgravelaw.com
Shane P. Swilley, OSB No. 053909
swilley@cosgravelaw.com

Attorneys for Defendant Union Pacific Railroad Co.

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL